**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cr-03158-MBB |
| | ) | |
| KENNETH NEAL BRANSCUM, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 3, 2026, Chief Magistrate Judge Willie J. Epps, Jr. issued a Report and Recommendation (**Doc. 60)** recommending that the Court deny Defendant Kenneth Neal Branscum's motion to dismiss. (**Doc. 52**). Judge Epps ordered that objections were due by June 17, 2026. (**Doc. 60**). Defendant filed no motion in response.

"The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." **FED. R. CRIM. P. 59(b)(3)**. After an independent, de novo review of the applicable law and the parties' arguments, pursuant to 28 U.S.C. § 636(b)(1), the Court fully accepts the findings and recommendation made by Judge Epps.

Accordingly, it is **ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr. (**Doc. 60**) is **ADOPTED** in full and attached to and made part of this Order.

It is further **ORDERED** that Defendant's motion to dismiss (**Doc. 52**) is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: July 20, 2026