**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH NEAL BRANSCUM,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:25-cr-03158-MBB |

# ORDER

On June 3, 2026, Chief Magistrate Judge Willie J. Epps, Jr. issued a Report and Recommendation (**Doc. 73)** recommending that the Court deny Defendant Kenneth Neal Branscum's motion to suppress. (**Doc. 53**). Judge Epps ordered that objections were due by July 6, 2026. (**Doc. 73**). Defendant filed objections on July 20, 2026. (**Doc. 80**).

"The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." **FED. R. CRIM. P. 59(b)(3)**. After an independent, de novo review of the applicable law and the parties' arguments, pursuant to 28 U.S.C. § 636(b)(1), the Court fully accepts the findings and recommendation made by Judge Epps.

Accordingly, it is **ORDERED** that Defendant's objections (**Doc. 80**) are **OVERRULED**.

It is further **ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr. (**Doc. 73**) is **ADOPTED** in full and attached to and made part of this Order.

It is further **ORDERED** that Defendant's motion to suppress evidence (**Doc. 53**) is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2026